# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Rose Perri,                                      :
                                Petitioner       :
                                                 :
        v.                                       :
                                                 :
Unemployment Compensation                        :
Board of Review,                                 :
                                Respondent  :        No. 1515 C.D. 2015

# **O R D E R**

NOW, March 7, 2016, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge